# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 3:16cr220-1 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| WILLIAM WYLIE, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 11th day of February 2020, it is hereby **ORDERED** as follows:

1. The defendant's motion for pretrial relief, (Doc. 362), is **GRANTED** in part and **DENIED** in part;

    a. The motion to dismiss Count 4 and Count 5 of the criminal indictment is **DENIED**;

    b. The motion to suppress evidence seized from parcels intercepted by United States postal agents is **DENIED**;

    c. The motion to suppress evidence seized from the defendant's residence and building is **DENIED**; and

    d. The motion to suppress the defendant's post-detention hearing statements is **GRANTED**.

BY THE COURT:

/s James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**